DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONIA DELPH,**
Appellant,

v.

**FEDERAL HOME LOAN
MORTGAGE CORP., AS TRUSTEE FOR THE BENEFIT OF THE
FREDDIE MAC SEASONED LOANS STRUCTURED TRANSACTION
TRUST, SERIES 2018-2**
Appellee.

No. 4D2022-2638

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Ruth Gundersen, Judge; L.T. Case No. CACE20018544.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

William L. Grimsley and Kimberly Held Israel of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***